IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-02591-EWN-MJW

UNITED STATES OF AMERICA,

    Plaintiff,

v.

2000 HOLIDAY RAMBLER,

    Defendant.

_____

**FINAL ORDER OF FORFEITURE**
_____

THIS MATTER comes before the Court on the United States' Unopposed Motion for Final Order of Forfeiture, the Court having reviewed said Motion FINDS:

THAT the United States commenced this action in rem pursuant to 21 U.S.C. §881;

THAT all known parties have been provided with an opportunity to respond and that publication has been effected as required by Supplemental Rule G(4);

THAT Bank of the West has filed the requisite Claim and Answer;

THAT potential claimants Richard Tafoya, Lorraine Brant-Tafoya, and Alex R. Tafoya have disclaimed any interest in defendant Holiday Rambler and agree to forfeiture of their interest in defendant Holiday Rambler VIN 3FCMF53S6YJA05062 ;

THAT no other claims to defendant Holiday Rambler have been filed;

THAT the United States and sole claimant Bank of the West have reached a settlement in this case, and have filed a Settlement Agreement with the Court resolving all issues in dispute;

THAT upon agreement of the parties, defendant Holiday Rambler shall be forfeited to the

United States and upon sale of Defendant Holiday Rambler, the United States will pay Bank of the West to the extent there are sufficient proceeds the following:

      a. all unpaid principal due to Bank of the West under the Note, that is $22,044.21 unpaid principal and $83.58 non default interest through February 12, 2008, and,

      b. all continuing unpaid interest at the contractual (not default) rate under the Note, assessed at the rate of 9.25% until the date of payment.

THAT it further appears there is cause to issue a forfeiture order under 21 U.S.C. §881.

NOW, THEREFORE, IT IS ORDERED, DECREED AND ADJUDGED:

THAT forfeiture of defendant 2000 Holiday Rambler, VIN 3FCMF53S6YJA05062 shall enter in favor of the United States; the United States shall have full and legal title to the forfeited Holiday Rambler, and may dispose of it in accordance with law and in accordance with the terms and provisions of the parties' Settlement Agreement;

THAT the Clerk of Court is directed to enter Judgment; and

THAT a Certificate of Reasonable Cause, which this Order constitutes, is granted as to defendant 2000 Holiday Rambler pursuant to 28 U.S.C. §2465.

SO ORDERED this 10th day of April, 2008.

                BY THE COURT:

                s/ Edward W. Nottingham
                EDWARD W. NOTTINGHAM
                CHIEF UNITED STATES DISTRICT JUDGE